### CUTUGNO *v.* MAYOR, ETC., OF THE CITY OF NEW YORK.

*(Superior Court of New York City, General Term.* May 5, 1890.)

INTERPRETERS—COURT OF GENERAL SESSIONS—CIVIL SERVICE LAWS.

> The right to appoint an interpreter to the general sessions of the peace in the city of New York being vested, by Laws N. Y. 1882, c. 410, (consolidation act) §§ 1529, 1531, in the recorder, city judge, and judge in the court of general sessions, these appointments are not governed by the civil service laws.

Appeal from special term.

Action by Hannibal G. Cutugno against the mayor, aldermen, and commonalty of the city of New York. Defendants appeal from an order overruling a demurrer to the complaint.

Argued before SEDGWICK, C. J., and O'GORMAN, J.

*William H. Clark,* Corp. Counsel, for appellants. *Le Barbier & Brewster,* for respondent.

O'GORMAN, J. The plaintiff sued the defendants to recover the sum of $999.96, as and for salary alleged by him to have been earned for his services as interpreter to the court of general sessions of the peace of the city and county of New York between May 1, 1889, and November 1, 1889. The defendants, denying certain allegations of the complaint, further allege that the plaintiff had not been appointed in compliance with certain rules established for the regulation of the civil service of the state of New York. To this part of the defendants' answer the plaintiff demurred on the ground that the defense therein contained was insufficient on the face thereof. This demurrer was sustained at special term, and the defendants appealed.

The right to appoint an interpreter to the general sessions of the peace in the city of New York is vested in the recorder, city judge, and judge in the court of general sessions. Consolidation Act of the City of New York, §§ 1529, 1531.[1] These appointments are not governed by the civil service laws. I have not been able to ascertain the reasoning on which any contrary opinion has been founded. The appointment being thus made under authority of law, and the services having been rendered for the officers of the city making the appointment, the city is bound to pay the compensation that has been fixed by the consolidation act. Section 1531.

The order sustaining the demurrer is affirmed, with costs.

[1] Laws N. Y. 1882, c. 410.